IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SUA SAY CHA,                                    No. 2:12-CV-2197-CMK-P

      Petitioner,

  vs.                                             <u>ORDER</u>

R. GROUND,

      Respondent.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's motion for an extension of time (Doc. 16) to file a traverse.  Good cause appearing therefor, the request is granted.  Petitioner may file a traverse within 30 days of the date of this order.

      IT IS SO ORDERED.

DATED: January 23, 2013

                                          _____
                                          **CRAIG M. KELLISON**
                                          UNITED STATES MAGISTRATE JUDGE